```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                    Plaintiff,

        -against-

CITY OF NEW YORK; CAPTAIN MACK;
CORRECTION OFFICER JOHN,

                    Defendants.

21-CV-1384 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    On August 19, 2021, the Court held a teleconference in which the parties discussed service of Defendants Captain Mack and Correction Officer John, as well as overall case scheduling. For reasons discussed on that call, no later than September 2, 2021, Defendant City of New is instructed to inform the Court as to whether Defendant Captain Mack and Defendant Correction Officer John will waive service. If Defendant Captain Mack and Defendant Correction Officer John will not waive service, Defendant City of New York is instructed to provide the Court with their full names and addresses for service no later than September 2, 2021.

    In addition, for reasons discussed on the August 19, 2021 teleconference, the initial pretrial conference initially scheduled for August 19, 2021 at 3:00 p.m., Dkt. No. 17, is adjourned to October 19, 2021 at .2:00 p.m. The parties are encouraged to update and resubmit their proposed case management prior to the October 19, 2021 initial pretrial conference.

    Accordingly, it is ordered that the Warden or other official in charge of the Rikers Island North Infirmary Command produce Peter Rodriguez, 09839298P, on October 19, 2021 no later than 2:00 p.m., to a suitable location within the Rikers Island North Infirmary Command that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   August 19, 2021

                                            GREGORY H. WOODS
                                         United States District Judge