USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; CAPTAIN MACK;
CORRECTION OFFICER JOHN,

                Defendants.

1:21-cv-1384 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff's request to adjourn the initial pre-trial conference currently scheduled for October 19, 2021 at 2:00 p.m., *see* Dkt. No. 23., is denied. Defendants submitted a letter containing Plaintiff's request on October 15, 2021. Dkt. No. 23. That letter does not include any reason for Plaintiff's request for the adjournment. Accordingly, the Court does not find that there is good cause for an adjournment, and the initial pre-trial conference will proceed on October 19, 2021 at 2:00 p.m.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, and to terminate the motion at Dkt. No. 23.

    SO ORDERED.

Dated:    October 15, 2021

                                                          GREGORY H. WOODS
                                                   United States District Judge