```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
                                                    DATE FILED: 10/19/2021
```

PETER RODRIGUEZ,

                Plaintiff,

-against-                                1:21-cv-1384 (GHW)

CITY OF NEW YORK; CAPTAIN MACK;         ORDER
CORRECTION OFFICER JOHN,

                Defendants.

GREGORY H. WOODS, United States District Judge:

      On October 19, 2021, the Court held an initial pre-trial conference in this matter. For the reasons articulated on the record during that conference, Defendants are ordered to send Plaintiff a copy of Federal Rule of Civil Procedure 26. They are also ordered to request and send Plaintiff a transcript of the October 19, 2021 initial pre-trial conference. The case management plan discussed during the initial pre-trial conference will be entered by separate order.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated:   October 19, 2021
           New York, New York

                                                      _____
                                                          GREGORY H. WOODS
                                                       United States District Judge