```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2022

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; CAPTAIN MACK; CORRECTION OFFICER JOHN,

                Defendants.

21-CV-1384 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received Defendant's April 20, 2022 motion to compel. Dkt. No. 40. The Court will hold a conference to discuss that motion on May 4, 2022 at 2:00 p.m.

    Accordingly, it is ordered that the Warden or other official in charge of the Rikers Island Anna M. Kross Center to produce Peter Rodriguez, 09839298P, on May 4, 2022 no later than 2:00 p.m., to a suitable location within the Rikers Island North Infirmary Command that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

    If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

    Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: April 20, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge