```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; CAPTAIN MACK; CORRECTION OFFICER JOHN,

                Defendants.

21-CV-1384 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    On May 11, 2022, the Court held a conference in this matter. Because of issues at the Rikers Island North Infirmary Command, Plaintiff was unable to attend that conference. Thus, the conference is adjourned to May 20, 2022 at 2:00 p.m. This conference will be held concurrently with the conference in *Rodriguez v. City of New York*, No. 1:20-cv-9840-GHW.

    Accordingly, it is ordered that the Warden or other official in charge of the Rikers Island North Infirmary Command to produce Peter Rodriguez, 09839298P, on May 20, 2022 no later than 2:00 p.m., to a suitable location within the Rikers Island North Infirmary Command that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

    If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

    Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in

number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge