```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER RODRIGUEZ, | USDC SDNY |
| | DOCUMENT |
| Plaintiff, | ELECTRONICALLY FILED |
| | DOC #: _____ |
| -against- | DATE FILED: 5/20/2022 |
| CITY OF NEW YORK; CAPTAIN MACK; CORRECTION OFFICER JOHN, | 21-CV-1384 (GHW) |
| | ORDER |
| Defendants. | |

GREGORY H. WOODS, United States District Judge:

On May 20, 2022, the Court held a conference to discuss Defendants' April 20, 2022 motion to compel. For the reasons articulated on the record during that conference, Plaintiff is ordered to mail to Defendants his fully executed medical releases no later than May 27, 2022. In addition, the deadline for the completion of fact discovery is extended to August 15, 2022. The deadline for the completion of expert discovery is extended to September 29, 2022. The deadline for party proponent disclosures is extended to August 15, 2022, and the deadline for party opponent disclosures is extended to August 29, 2022. The deadline for dispositive motions is extended to October 31, 2022. The status conference currently scheduled for May 31, 2022 is adjourned to November 22, 2022 at 4:00 p.m. The joint letter described in the Court's October 19, 2021 case management plan is due no later than November 7, 2022. The remaining deadlines in the Court's October 19, 2021 case management plan and the Court's February 25, 2022 order remain in place.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and terminate the motion at Dkt. No. 40.

SO ORDERED.

Dated: May 20, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge