```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; CAPTAIN MACK;
CORRECTION OFFICER JOHN,

                Defendants.

21-CV-1384 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    On July 21, 2022, the Court held a conference to discuss Defendants' July 11, 2022 motion to compel. Dkt. No. 48. For the reasons articulated on the record during that conference, that motion is granted. Plaintiff is ordered to mail to Defendants his fully executed medical releases no later than August 8, 2022. As further discussed during that conference, Plaintiff is ordered to supplement his responses to the interrogatories and document requests no later than August 15, 2022. In addition, the deadline for the completion of fact discovery is extended to September 26, 2022. The deadline for the completion of expert discovery is extended to November 4, 2022. The deadline for party proponent disclosures is extended to September 26, 2022, and the deadline for party opponent disclosures is extended to October 10, 2022. The deadline for dispositive motions is extended to October 31, 2022. The status conference currently scheduled for November 22, 2022 is adjourned to December 20, 2022 at 4:00 p.m. The joint letter described in the Court's October 19, 2021 case management plan is due no later than November 11, 2022. The remaining deadlines in the Court's October 19, 2021 case management plan and the Court's February 25, 2022 order remain in place.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and terminate the motion at Dkt. No. 48.

SO ORDERED.

Dated: July 21, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge