```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; CAPTAIN MACK;
CORRECTION OFFICER JOHN,

                Defendants.

1:21-cv-1384-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of Defendants for leave to take the deposition of Plaintiff Peter Rodriguez (DIN: 22B2287), an incarcerated person, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

IT IS HEREBY ORDERED: (1) that the Warden or other official in charge at Attica Correctional Facility produce incarcerated person Peter Rodriguez (DIN: 22B2287) for the taking of his deposition by video conference on September 9, 2022 commencing at 9 a.m., and for so long thereafter as the deposition continues; (2) Plaintiff Peter Rodriguez (DIN: 22B2287) appear in such place as designated by the Warden or other official in charge of the Attica Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition via video conference, will be a court reporter to be designated by Defendants as well as the attorney for Defendants.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and terminate the motion at Dkt. No. 56.

SO ORDERED.

Dated:   August 29, 2022

                                                          GREGORY H. WOODS
                                                        United States District Judge