```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                     Plaintiff,

         -against-

CITY OF NEW YORK; CAPTAIN MACK;
CORRECTION OFFICER JOHN,

                     Defendants.

1:21-cv-1384-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

        For the reasons stated on the record during the hearing held on November 9, 2022, Plaintiff's opposition to Defendants' motion for summary judgment, Dkt. No. 63, is due no later than January 3, 2023. Plaintiff's reply, if any, is due no later than three weeks after the date of service of Plaintiff's opposition.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff.

        SO ORDERED.

Dated: November 9, 2022
        New York, New York

                                                    GREGORY H. WOODS
                                                    United States District Judge