USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; CAPTAIN MACK;
CORRECTION OFFICER JOHN,

                Defendants.

1:21-cv-1384-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Peter Rodriguez, an inmate at Five Points Correctional Facility, #22B2287, is a litigant in the above-captioned case. The Court expects that Mr. Rodriguez has or will receive from counsel for Defendants electronic files containing videos, which are evidence in this case. In order to allow Mr. Rodriguez to fully litigate this matter, this Court respectfully requests that the Warden or other official in charge of the Five Points Correctional Facility provide the appropriate accommodations to allow Mr. Rodriguez to view that evidence no later than December 14, 2022.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and terminate the motion pending at Dkt. No. 70.

      SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                                     United States District Judge