```
USDC SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; CAPTAIN MACK; CORRECTION OFFICER JOHN,

                Defendants.

1:21-cv-1384-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff's January 18, 2023 request for an extension of time to file its opposition to Defendants' motion for summary judgment, Dkt. No. 63, is granted in part and denied in part. Plaintiff's opposition is due no later than February 3, 2023. Defendant's reply, if any, is due no later than three weeks after the date of service of Plaintiff's opposition.

    Plaintiff should not expect further extensions of time. Plaintiff's failure to file a timely opposition will result in the Court considering the summary judgment motion unopposed.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                            _____
                                               GREGORY H. WOODS
                                             United States District Judge