UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PETER RODRIGUEZ,

                Plaintiff,                             21 **CIVIL** 1384 (GHW)

      -against-                                **JUDGMENT**

CITY OF NEW YORK, *et al.*,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 06, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          March 06, 2023

                                                         **RUBY J. KRAJICK**

                                                                  Clerk of Court

                           **BY:**

                                                                  **Deputy Clerk**